| Fill in this information to identify the case |
|---|
| Debtor name **American Commercial Management, LLC** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) **20-35718** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Operating** | 8 1 6 2 | $50.00 |
| 3.2. | **Community Bank** | **Operating** | 8 2 7 1 | $15,713.56 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $15,763.56 |
   |---|

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **American Commercial Management, LLC** | | Case number (if known) | **20-35718** |
|---|---|---|---|---|
| | Name | | | |

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1. **American Commercial Managment - Prepaid Rent/Operating Expense (see attachment for detail)** .......... **$158,167.13**

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. ................... **$158,167.13**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | **$95,363.34** | – | **$0.00** | = ............➔ | **$95,363.34** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............➔ | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$95,363.34**

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                  % of ownership:

15.1. **Branford Place Medical Specialists, LLC
    7616 Branford Place, Suite 350
    Sugar Land, Texas  77479**     **10%**                           **$0.00**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83. **$0.00**

ATTACHMENT 8.1 –

On November 2, 2020, Suite 250 paid $25,500.00 for January through April 2021 rent.  This worked out to be $3,375.50 per month in rent income and $2,999.50 per month in operating income for a total of $6,375.00 per month.  The rent amount is $8,501.44.

On November 2, 2020, Suite 320 Paid $66,000.00 for January through April 2021 rent.  This work out to be $9,879.17 per month in rent income and $6,620.83 per month in operating income for a total of $16,500.00 per month.  The rent amount is $18,396.46.

On November 17, 2020, Suite 140 paid $52,000.00 for January through April 2021 rent.  This work out to be $7,030.17 per month in rent income and $5,969.83 per month in operating income for a total of $13,000.00 per month.  The rent amount of $16,587.61.

On November 23, 2020, Suite 120 paid $14,667.13 for January 2021 rent.  This was $8,922.47 in rent income and $5,744.66 in operating income.  The rent amount of $16,167.13.

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.                                                    **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops--either planted or harvested | | | | |
| 29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.                                                    **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|
| | Name | | |

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture | | | **Unknown** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Three (3) Artworks** | **$5,450.00** | FMV | **$5,450.00** |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$5,450.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|
| | Name | | |

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** Total of Part 8.

Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☐ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No
☐ Yes

---

## Part 9:  Real property

**54.** Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **7616 Branford Place**<br>**Sugar Land, TX 77479**<br>**Office Building** | ownership | $12,000,000.00 | FMV | $21,250,000.00 |

**56.** Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$21,250,000.00

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☑ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☐ No
☑ Yes    Obtained by Lender

---

## Part 10:  Intangibles and Intellectual Property

**59.** Does the debtor have any interests in intangibles or intellectual property?

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |

| Debtor | **American Commercial Management, LLC** | | Case number (if known) | **20-35718** |
|---|---|---|---|---|
| | Name | | | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$15,763.56** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$158,167.13** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$95,363.34** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,450.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..............................➔ | | **$21,250,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column.  91a. | **$274,744.03** + 91b. | **$21,250,000.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................... | | **$21,524,744.03** |

**Fill in this information to identify the case:**

Debtor name **American Commercial Management, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-35718**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☒ Yes.  Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name<br>**McREIF SUBREIT, LLC** | Describe debtor's property that is subject to a lien<br>**First Lien** | $16,000,050.00 | $21,250,000.00 |
|---|---|---|---|

Creditor's mailing address
**999 Corporate Drive, Suite 110**

Describe the lien
**Statutory Lien**

**Ladera Ranch       CA   92694-2147**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **01/07/2020**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Building Financing - Deed of Trust; Fort Bend County, Texas  File #2020002229**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$18,914,636.57

| Debtor | **American Commercial Management, LLC** | Case number (if known) **20-35718** |
|---|---|---|

| Part 1: | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $2,900,000.00 | $21,250,000.00 |
|---|---|---|---|

**Nexgen Capital, LLC**

**7616 Branford Place, Sugar Land, Texas  77479**

Creditor's mailing address
**1600 Rosecrans Avenue, Building 1A**

Describe the lien
**Statutory Lien**

**Manhattan Beach     CA   90266**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
**amuller@nexgencapital.com**

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred      **01/21/2020**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Deed of Trust; Fort Bend County; File Nos. 2020007888 and 20200055439**

---

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | $14,586.57 | $21,250,000.00 |
|---|---|---|---|

**Nicholson Plumbing**

**Ownership**

Creditor's mailing address
**1720-B Preston Avenue**

Describe the lien
**Unsecured / Statutory Lien**

**Pasadena          TX   77503**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred      **11/2019 - 02/202**

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Mechanic's Lien - Fort Bend County File #2020135655**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **American Commercial Management, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-35718** |

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $243,588.84 | $243,588.84 |

**Carrie Surratt, PCC, CTOP**

**Fort Bend County Tax Assessor-Collector**

**P. O. Box 4277**

Houston                    TX       77210

Date or dates debt was incurred

_____

Last 4 digits of account number   **0   9   0   7**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $641.06 | $641.06 |

**City of Sugar Land**

**P. O. Box 5029**

Sugar Land                    TX       77487-5029

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim      Priority amount

**2.3**   **Priority creditor's name and mailing address**

**Fort Bend L.I.D. #17**

**c/o Esther Buentello Flores, RTA**

**P. O. Box 4545**

**Houston**                    **TX**        **77210-4545**

Date or dates debt was incurred

Last 4 digits of account
number    **0   9   9   7**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☒ No
☐ Yes

**$74,592.00**      **$74,592.00**

**2.4**   **Priority creditor's name and mailing address**

**Fort Bend MUD 138**

**c/o Esther Buentello Flores, RTA**

**P. O. Box 4545**

**Houston**                    **TX**        **77210-4545**

Date or dates debt was incurred

Last 4 digits of account
number    **0   9   0   7**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(    **8**    )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?

☒ No
☐ Yes

**$46,620.00**      **$46,620.00**

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$1,550.00**

**All Star Striping**

**16510 Mustang Trail, Suite 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Magnolia**                    **TX      77355**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$32,404.00**

**American Commercial Contractors**

**7616 Branford Place, Suite 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sugar Land**                  **TX      77479**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$18,785.00**

**Classic Concrete Construction**

**P. O. Box 939**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dayton**                      **TX      77535**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**$209.99**

**Comcast**

**P. O. Box 60533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**City of Industry**            **CA      91716-0533**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred **11/30/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |

DAC, Inc.

11251 Northwest Freeway, Suite 200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

| Houston | TX | 77092 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ☑ No
☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,701.81** |

Do It All Janitorial Services

2135 Canyon Crest Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

| Sugar Land | TX | 77479 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ☑ No
☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Dr. Michael L. Sonabend, MD

7616 Branford Place, Suite 240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

| Sugar Land | TX | 77479 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ☑ No
☐ Yes

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Edward McHorse

McGinnis Lochridge, LLP

600 Congress Avenue, Suite 2100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

| Austin | TX | 78701 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ☑ No
☐ Yes

---

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9**  Nonpriority creditor's name and mailing address

**GH Mechanical and Services, LLC**

**1615 Poydras Street, Suite 2120**

**New Orleans**          **LA**     **70112**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☒ No
☐ Yes

**$990.07**

---

**3.10**  Nonpriority creditor's name and mailing address

**Gwyneth A. Campbell, Senior Counsel**

**Chapoton Sanders Scharborough, LLP**

**952 Echo Lane, Suite 380**

**Houston**          **TX**     **77024**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☒ No
☐ Yes

**$0.00**

---

**3.11**  Nonpriority creditor's name and mailing address

**Holder's Pest Solutions**

**P. O. Box 600730**

**Jacksonville**          **FL**     **32260-0730**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☒ No
☐ Yes

**$477.39**

---

**3.12**  Nonpriority creditor's name and mailing address

**HVAC Mechanical Services of Texas, Ltd.**

**Hunton Services**

**P. O. Box 4591**

**Houston**          **TX**     **77210-4591**

Date or dates debt was incurred

Last 4 digits of account number         __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☒ No
☐ Yes

**$7,993.05**

---

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$1,025.00**

Jennifer Whitis CPA, PLLC

7320 Highway 90A, Suite 130

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Sugar Land | TX | 77478 |
|---|---|---|

**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$12,415.58**

John Tyer

1602 Hill Spring Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Sugar Land | TX | 77479 |
|---|---|---|

**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$1,570.53**

KONE, Inc.

4156 P. O. Box 894156

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Los Angeles | CA | 90189-4156 |
|---|---|---|

**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$2,350.00**

LS Stripping

9914 Willow Crossing Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Houston | TX | 77064 |
|---|---|---|

**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

**McREIF SUBREIT, LLC**

**999 Corporate Drive, Suite 110**

**Ladera Ranch**          CA      **92694-2174**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$336,946.15**

---

**3.18** Nonpriority creditor's name and mailing address

**MLN Fire Protection Company**

**10101 Mula Road**

**Stafford**          TX      **77477**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,373.23**

---

**3.19** Nonpriority creditor's name and mailing address

**Nomi Holdings, LLC**

**7616 Branford Place, Suite 240**

**Sugar Land**          TX      **77479**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$84,375.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Office of the United States Trustee**

**c/o Jana Smith Whitworth, Attorney**

**515 Rusk, Suite 3516**

**Houston**          TX      **77002**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$848.00** |

Check all that apply.

**Performance Drywall, LLC**

**221 S. 19th Street, Suite C**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Waco** | **TX** | **76701** | **Trade Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,577.28** |

Check all that apply.

**Plant Interscapes, Inc.**

**6436 Babcock Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Antonio** | **TX** | **78249** | **Trade Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**Rachael L. Smiley**

**2500 Dallas Parkway, Suite 600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Plano** | **TX** | **75093** | **Notice Only** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,424.19** |

Check all that apply.

**Reliant**

**P. O. Box 650475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75265-0475** | **Trade Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

☒ No
☐ Yes

---

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25**   Nonpriority creditor's name and mailing address

**Republic Services #853**

**P. O. Box 78829**

Phoenix          AZ      85062-8829

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,180.06**

---

**3.26**   Nonpriority creditor's name and mailing address

**Richard L. Spencer**

**Kenneth H. Holt**

**Ferguson Braswell Fraser Kubasta, PC**

**3200 Southwest Freeway, Suite 3200**

Houston          TX      77027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.27**   Nonpriority creditor's name and mailing address

**Specialty Credit Holdings, LLC**

**c/o Silver Point Capital, LP**

**Two Greenwich Plaza, 1st Floor**

Greenwich          CT      06830

Date or dates debt was incurred   **11/01/2017**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Texas Tax Protest**

**2950 North Loop West, Suite 500**

Houston          TX      77092

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$14,504.00**

---

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**   Nonpriority creditor's name and mailing address

**The Hanover Insurance Group**

**P. O. Box 580045**

**Charlotte**                 **NC**      **28258-0045**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$11,705.14**

---

**3.30**   Nonpriority creditor's name and mailing address

**Trevor Jenkins**

**Bryan Cave Leighton Paisner, LLP**

**One Kansas City Place**

**1200 Main Street, Suite 3800**

**Kansas City**                 **MO**      **64105-2122**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.31**   Nonpriority creditor's name and mailing address

**Vicente Baez**

**Baez Landscaping**

**170 Shiloh Drive**

**Richmond**                 **TX**      **77469**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,800.00**

---

**3.32**   Nonpriority creditor's name and mailing address

**Windstream**

**P. O. Box 9001908**

**Louisville**                 **KY**      **40290-1908**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,178.44**

---

Debtor   **American Commercial Management, LLC**          Case number (if known)   **20-35718**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| 5a. | **Total claims from Part 1** | 5a. | **$365,441.90** |
| 5b. | **Total claims from Part 2** | 5b. + | **$574,548.91** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$939,990.81** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Commercial Management, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-35718** |

Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease Contract to be ASSUMED | American Commercial |
|---|---|---|---|
| | | | 7616 Branford Place, Suite 335 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land          TX      77479 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease Contract to be ASSUMED | American Commercial |
|---|---|---|---|
| | | | 7616 Branford Place, Suite 340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land          TX      77479 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease Contract to be ASSUMED | American Commercial |
|---|---|---|---|
| | | | 7616 Branford Place, Suite 350 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land          TX      77479 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease Contract to be ASSUMED | Aspire Fertility |
|---|---|---|---|
| | | | 7616 Branford Place, Suite 310 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land          TX      77479 |

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.5** State what the contract or lease is for and the nature of the debtor's interest — Lease
Contract to be ASSUMED

**Complete Dermatology**
**7616 Branford Place, Suite 240**

State the term remaining

List the contract number of any government contract

**Sugar Land**      **TX**      **77479**

**2.6** State what the contract or lease is for and the nature of the debtor's interest — Janitorial Service
Contract to be ASSUMED

**Do It All Janitorial**
**c/o Jimmy Kilpatrick**
**2135 Canyon Crest Drive**

State the term remaining

List the contract number of any government contract

**Sugar Land**      **TX**      **77479**

**2.7** State what the contract or lease is for and the nature of the debtor's interest — Lease
Contract to be ASSUMED

**Dr. Ahmed & Dr. Jabeen dba EZ Healthcare**
**7616 Branford Place, Suite 220**

State the term remaining

List the contract number of any government contract

**Sugar Land**      **TX**      **77479**

**2.8** State what the contract or lease is for and the nature of the debtor's interest — Lease
Contract to be ASSUMED

**Dr. J. Szeto**
**7616 Branford Place, Suite 250**

State the term remaining

List the contract number of any government contract

**Sugar Land**      **TX**      **77479**

**2.9** State what the contract or lease is for and the nature of the debtor's interest — Lease
Contract to be ASSUMED

**Dreamcare Pharmacy**
**7616 Branford Place, Suite 330**

State the term remaining

List the contract number of any government contract

**Sugar Land**      **TX**      **77479**

Debtor    **American Commercial Management, LLC**                          Case number (if known)  **20-35718**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Contract to be ASSUMED | Edward Jones<br>7616 Branford Place, Suite 130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land                TX      77479 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Fire Alarms<br>Contract to be ASSUMED | Fire Safe Protection Services, LP<br>1815 Sherwood Forest |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX      77043 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Contract to be ASSUMED | Fort Bend Rheumatology<br>7616 Branford Place, Suite 320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sugar Land                TX      77479 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Parking Violation/Towing<br>Contract to be ASSUMED | GTA Towing<br>9639 Hillcroft, Suite 850 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX      77096 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Pest Control<br>Contract to be ASSUMED | Holder Pest Control<br>10530 Hockley Road, Suite 110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX      77099 |

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.15** State what the contract or lease is for and the nature of the debtor's interest

**Lease**
**Contract to be ASSUMED**

__Internal Medicine Associates/Sugar Land__
__7616 Branford Place, Suite 120__

State the term remaining

List the contract number of any government contract

Sugar Land          TX        77479

**2.16** State what the contract or lease is for and the nature of the debtor's interest

**Lease**
**Contract to be ASSUMED**

__NIRP__
__7616 Branford Place, Suite 140__

State the term remaining

List the contract number of any government contract

Sugar Land          TX        77479

**2.17** State what the contract or lease is for and the nature of the debtor's interest

**Plant Service**
**Contract to be ASSUMED**

__Plant Interscapes__
__6436 Babcock Road__

State the term remaining

List the contract number of any government contract

San Antonio         TX        78249

**2.18** State what the contract or lease is for and the nature of the debtor's interest

**Energy Services**
**Contract to be ASSUMED**

__Reliant Energy Retail Services__
__1201 Fannin__

State the term remaining

List the contract number of any government contract

Houston             TX        77002

**2.19** State what the contract or lease is for and the nature of the debtor's interest

**Trash Service (City of Sugar Land Required)**
**Contract to be ASSUMED**

__Republic Services__
__13630 Fondren Road__

State the term remaining

List the contract number of any government contract

Houston             TX        77085

| Debtor | **American Commercial Management, LLC** | Case number (if known) | **20-35718** |
|--------|------------------------------------------|------------------------|--------------|

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Contract to be ASSUMED | Sugarland NeoPeds |
|------|----------------------------------------------------------------------------------|----------------------------------|--------------------|
|      |                                                                                  |                                  | 7616 Branford Place, Suite 150 |
|      | State the term remaining |  |  |
|      | List the contract number of any government contract |  | Sugar Land        TX       77479 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>American Commercial Management, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>20-35718</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **American Commercial Management, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **20-35718**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................ | **$21,250,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................ | **$274,744.03**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................... | **$21,524,744.03**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................. | **$18,914,636.57**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................. | **$365,441.90**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................. | **+ $574,548.91**

4. **Total liabilities**
   Lines 2 + 3a + 3b.............................................................................. | **$19,854,627.38**

**Fill in this information to identify the case and this filing:**

Debtor Name **American Commercial Management, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-35718**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.


Executed on **12/17/2020**          **X** **/s/ Susan Rozman**
            MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        **Susan Rozman**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor